FILED by ____ D.C.
ELECTRONIC
Feb. 27, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
(West Palm Beach Division)

CASE NO.

JOHN MIRAN PUST, on behalf of himself and all persons similarly situated,

**09-80348-CV-MARRA/JOHNSON**

    Plaintiff,

v.

STEWART AGENCY, INC., d/b/a
STEWART TOYOTA NORTH
PALM BEACH,

    Defendant.
_____/

## COLLECTIVE ACTION COMPLAINT

COMES NOW the Plaintiff, JOHN MIRAN PUST, on behalf of himself and all others similarly situated (hereinafter "PUST"), by and through his undersigned counsel, and sues the Defendant, STEWART AGENCY, INC., d/b/a Stewart Toyota North Palm Beach (hereinafter "STEWART TOYOTA"), and declares and avers as follows:

### GENERAL ALLEGATIONS

1.    PUST is a former employee of STEWART TOYOTA. PUST brings this action on behalf of himself and on behalf of all other persons similarly situated for compensation and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. §201, *et seq.* (hereinafter referred to as the "FLSA").



HANKIN SATOR
ATTORNEYS AT LAW

2. PUST is a citizen and resident of the Southern District of Florida and is within the jurisdiction of this Court.

3. DEFENDANT STEWART TOYOTA is a Company that is authorized to, and that does, conduct business throughout the State of Florida, including at locations within the Southern District of Florida.

4. This action is brought to recover unpaid minimum wage compensation, liquidated damages, costs, and reasonable attorneys' fees, as well as for declaratory relief, under the provisions of the FLSA, 29 U.S.C. §201, *et seq.*, and specifically under 29 U.S.C. §206, on behalf of PUST and all similarly situated sales representatives employed by STEWART TOYOTA at any time within the limitations period applicable to this Complaint.

5. Jurisdiction is conferred on this Court by 28 U.S.C. §1331 and by 29 U.S.C. §216(b).

6. STEWART TOYOTA is, and at all times pertinent to this Complaint, was engaged in interstate commerce or in the production of goods for interstate commerce as defined in §§3(r) and 3(s) of the FLSA, 29 U.S.C. §203(r) and §203(s). STEWART TOYOTA is required to comply with the FLSA.

7. Moreover, by reason of his employment, and at all times material hereto, PUST was employed by an entity engaged in interstate commerce within the meaning of 29 U.S.C. §§206(a) and 207(a). The work performed by PUST, and persons similarly situated to him, was directly essential to the business operations of STEWART TOYOTA in interstate commerce.



HANKINS & TATOR
ATTORNEYS AT LAW

8. At all times pertinent to this Complaint STEWART TOYOTA failed to comply with the Fair Labor Standards Act in that PUST, and other similarly situated to him, performed hours of service for STEWART TOYOTA for which STEWART TOYOTA failed to properly pay properly calculated minimum wages.

9. Particularly, PUST, and persons similarly situated to him, worked as inside sales personnel, and was paid a straight commission basis. He was not paid minimum wage for all hours worked.

10. The additional persons who may become Plaintiffs in this action are inside sales persons of STEWART TOYOTA employed at any time in the three years prior to the filing of this action, who were classified by STEWART TOYOTA as commissioned sales persons.

11. The records, if any, of PUST's hours worked, and the hours worked by each of the persons similarly situated to PUST, are in the possession of STEWART TOYOTA.

## COUNT I: MINIMUM WAGE COMPENSATION

12. PUST realleges the allegations contained in paragraphs 1 through 11 above.

13. PUST, and all persons similarly situated to him, are entitled to be paid minimum wage for each hour worked by them, correctly calculated consistent with the Code of Federal Regulations.

14. STEWART TOYOTA's actions in failing and refusing to pay PUST, and those similarly situated to him, minimum wages as required by the FLSA were willful and PUST is entitled to recover minimum wage for all hours worked by him for the previous three years.



HANKIN & TATOR
ATTORNEYS AT LAW

15. By reason of the willful and unlawful acts of the DEFENDANTS, PUST has suffered damages plus incurred costs and reasonable attorneys' fees.

16. As a result of Defendants' violations of the FLSA, PUST is entitled to liquidated damages plus incurred costs and reasonable attorneys' fees.

17. Plaintiff's consent to opt-in to this action is attached hereto as Exhibit A.

WHEREFORE, Plaintiff, PUST, respectfully requests this Court to take jurisdiction of this matter, notify all persons who were, like him, employed by STEWART TOYOTA as an inside sales person, and to allow such persons to opt into this action as putative class members. Additionally, Plaintiff, PUST, demands judgment against Defendant, STEWART AGENCY, INC. d/b/a Stewart Toyota, for declaratory relief, unpaid minimum wages for all hours worked by him for which he has not been properly compensated, plus an equal amount in liquidated damages, prejudgment and post-judgment interest, reasonable attorneys' fees and costs of suit, and for all other relief the Court deems just and proper.



HANKINS & TATOR
ATTORNEYS AT LAW

Respectfully submitted,

HANKINS & ATOR, PL
Attorney for Plaintiff
4600 Military Trail, Ste. 217
Jupiter, FL 33458
www.hankinsator.com

By: _____
Robyn S. Hankins
rsh@hankinsator.com
Florida Bar No. 0008699
Jennifer J. Ator
jja@hankinsator.com
Florida Bar No. 0120911



## CONSENT TO JOIN

I, John Pust, hereby consent to join the class action of all sales representatives currently and formerly employed by Stewart Toyota.

_____
John Pust
Date: February 19, 2009

**EXHIBIT A**

09-80348-CV-MARRA/JOHNSON    Document 1    Entered on FLSD Docket 02/27/2009    Page 7 of 7B    D.C.
ELECTRONIC
Feb. 27, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**JS 44 (REV. 2/08)    CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
JOHN MIRAN PUST

### DEFENDANTS
STEWART AGENCY, INC.

**(b)** County of Residence of First Listed Plaintiff: PALM BEACH
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: PALM BEACH
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

HANKINS & ATOR, P.L.
4600 MILITARY TRAIL, SUITE 217
JUPITER, FL 33458

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☑ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

09 CV 80348 KAM/LRJ

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☑ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien Detainee |  |  |
|  |  | ☐ 465 Other Immigration Actions |  |  |

### V. ORIGIN (Place an "X" in One Box Only)
☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☑ NO    b) Related Cases ☐ YES ☑ NO
JUDGE    DOCKET NUMBER

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
29 USC Section 201 et seq., Fair Labor Standards Act

LENGTH OF TRIAL via 2 days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Unliquidated
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD    #8699
DATE February 23, 2009

FOR OFFICE USE ONLY
AMOUNT 350.00    RECEIPT # 725492  JEP